**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
KIMBERLY A. PRIMORAC

Case No. 16-22023CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
Movant

Chapter 13

vs.

Document No __

LAND HOME FINANCIAL
SERVICES INC
Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 1320.

Regular mortgage payments are currently being directed to the following creditor at the following address:

LAND HOME FINANCIAL SERVICES INC
PO BOX 25164
SANTA ANA,CA 92799

Movant has been requested to send payments to:
FAY SERVICING, LLC
PO BOX 88009
CHICAGO, IL 60680-1009

1320

The Chapter 13 Trustee's CID Records of LAND HOME FINANCIAL SERVICES INC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 8/14/2019.

|  |  |
|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>KIMBERLY A. PRIMORAC, 73 ROSAMOND STREET, MCKEES ROCKS, PA  15136 | DEBTOR'S COUNSEL:<br>MICHAEL C EISEN ESQ, M EISEN & ASSOCIATES PC, 6200 BABCOCK BLVD, PITTSBURGH, PA  15237 |
| ORIGINAL CREDITOR'S COUNSEL:<br>LISA CANCANON ESQ, WEINSTEIN & RILEY PS, 11101 WEST 120TH AVE #280, BROOMFIELD, CO  80021 | :<br>LAND HOME FINANCIAL SERVICES INC, 2001 WESTERN AVE STE 400, SEATTLE, WA  98121 |
| ORIGINAL CREDITOR:<br>LAND HOME FINANCIAL SERVICES INC, PO BOX 25164, SANTA ANA, CA  92799 | |
| NEW CREDITOR:<br>FAY SERVICING, LLC<br>PO BOX 88009<br>CHICAGO, IL 60680-1009 | |