**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/15/2021

IN RE:

KIMBERLY A. PRIMORAC
73 ROSAMOND STREET
MCKEES ROCKS, PA 15136
XXX-XX-5172          Debtor(s)

Case No. 16-22023 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/15/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4 PMT-LMT*BGN 6/16*FR NATIONSTAR-DOC 45*FR LAND HOME-DC | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6015 |
| **MCKEES ROCKS BORO - R/E TAX**<br>%PORTNOFF LAW ASSOC-DELQ CLLCT<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number: 3  INT %: 10.00%<br>Court Claim Number: 2<br>CLAIM: 469.06<br>COMMENT: 072-G-025;14*CL2GOVS*1361.72@10%@TOT/PL*W/21 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G025 |
| **CHRISTOPHER A DENARDO ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0726 |
| **ALLEGHENY HEALTH NETWORK++**<br>PO BOX 18119<br>PITTSBURGH, PA 15236-0119 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4854 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH 48216-0117 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,501.75<br>COMMENT: X0009/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5172 |
| **CREDITECH**<br>POB 99*<br>BANGOR, PA 18013 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MDKEES ROCKS BORO SWR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5442 |
| **MCKEES ROCKS DENTAL**<br>757 CHARTIERS AVE<br>MCKEES ROCKS, PA 15136 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0027 |
| **NATIONAL HOSPITAL COLLECTIONS***<br>16 DISTRIBUTOR DRIVE<br>STE 2<br>MORGANTOWN, WV 26501 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SEWICKLEY VLLY HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0146 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~HVHS SEWICKLEY HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3441 |

| Creditor | Address | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|---|
| **OHIO VALLEY GENL HOSPITAL** | HECKEL RD<br>MCKEES ROCKS, PA 15136 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3825 |
| **PENN BILLING SERVICES++** | POB 988<br>NEW CASTLE, PA 16107 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: HERITAGE VLLY SWCKLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2000 |
| **PRA/PORTFOLIO RECOVERY ASSOC** | POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6580 |
| **SERVICE PROTECTION GROUP** | PO BOX 509<br>PORTSMOUTH, NH 03802 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1903 |
| **VENGROFF WILLIAMS & ASSOCIATES** | 2211 FRUITVILLE RD<br>SARASOTA, FL 34237 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1033 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 491.57<br>COMMENT: 0149/SCH*ACCT OPEN 7/13/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **US BANK TRUST NA - TRUSTEE ET AL** | C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 8,760.52<br>COMMENT: 12k/PL@NATIONSTAR*THRU 5/16*FR NATIONSTAR-DOC 45*FR LAND HOME-DOC 5 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6015 |
| **JEFFREY R HUNT ESQ** | GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: STO ROX SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **STO ROCKS SD & MCKEES ROCKS BORO (EIT)** | C/O JORDAN TAX SVC INC-DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number: 1-2 | CLAIM: 347.24<br>COMMENT: 2116;10*CL1-2GOVS*NT/SCH-PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2116 |
| **STO ROCKS SD & MCKEES ROCKS BORO (EIT)** | C/O JORDAN TAX SVC INC-DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CLOSED OFF | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |

Case 16-22023-CMB    Doc 58    Filed 03/15/21    Entered 03/15/21 13:30:34    Desc

| | | |
|---|---|---|
| **MCKEES ROCKS BORO - R/E TAX** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| %PORTNOFF LAW ASSOC-DELQ CLLCT | Court Claim Number:2 | ACCOUNT NO.:  G025 |
| POB 3020 | | |
| | CLAIM:  921.63 | |
| NORRISTOWN, PA  19404 | COMMENT:  072-G-025;14*NON%*CL2GOVS*1361.72@10%@TOT/PL*W/3 | |
| | | |
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:6 | ACCOUNT NO.:  5172 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  1,314.55 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |