**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  KIMBERLY A. PRIMORAC<br><br>       Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>KIMBERLY A. PRIMORAC<br><br>       Respondents | Case No.16-22023CMB<br><br>Chapter 13<br><br>Document No. 59 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __5th__ day of __May__, 20__21__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Masonic Villages Of The Grand Lodge
Attn: Payroll Manager
1 Masonic Dr
Elizabethtown, PA 17022

is hereby ordered to immediately terminate the attachment of the wages of KIMBERLY A. PRIMORAC, social security number XXX-XX-5172. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KIMBERLY A. PRIMORAC.

FILED
5/5/21 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kimberly A. Primorac  
    Debtor

Case No. 16-22023-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2  
Date Rcvd: May 05, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Primorac, 73 Rosamond Street, Mc Kees Rocks, PA 15136-2959 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Sto-Rox School District jhunt@grblaw.com cnoroski@grblaw.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com, logsecf@logs.com |
| Lisa Cancanon | on behalf of Creditor Land Home Financial Services Inc. lisac@w-legal.com, Llombardi06@law.du.edu |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: May 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Michael C. Eisen
    on behalf of Debtor Kimberly A. Primorac attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10