**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kimberly A. Primorac**
Debtor(s)

Bankruptcy Case No.: 16−22023−CMB
Related to Doc. No. 63
Chapter: 13
Docket No.: 64 − 63

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of June, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/10/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/14/21 at 03:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/10/21.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-22023-CMB
Kimberly A. Primorac Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: dric Page 1 of 3
Date Rcvd: Jun 28, 2021 Form ID: 408v Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++ Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly A. Primorac, 73 Rosamond Street, Mc Kees Rocks, PA 15136-2959 |
| 14251353 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14238453 | | Borough of McKees Rocks, c/o Jason J. Leininger, Esq., Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Ste 150, Norristown, PA 19401 |
| 14266707 | + | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14261702 | + | Borough of McKees Rocks/Sto-Rox SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14238455 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 14238454 | + | Christopher A. DeNardo, Esq., 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14238456 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 14997821 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14238460 | + | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14238461 | + | Ohio Valley General Hospital, 25 Heckel Road, Mc Kees Rocks, PA 15136-1694 |
| 14238462 | + | Penn Billing Services, PO Box 988, Harrisburg, PA 17108-0988 |
| 14238464 | ++++ | SERVICE PROTECTION GROUP, PO BOX 494, PORTSMOUTH NH 03802-0494 address filed with court:, Service Protection Group, PO Box 509, Portsmouth, NH 03802 |
| 14276129 | + | U.S. Bank National Association, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 15140105 | | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14238465 | + | Vengroff, Williams & Associates, Inc., PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14288226 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 28 2021 23:32:02 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14312642 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 28 2021 23:27:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14238458 | + | Email/Text: nhc@nhchome.com | Jun 28 2021 23:26:00 | National Hospital Collections, 16 Distributor Drive, Ste 2, Morgantown, WV 26501-7209 |
| 14238459 | + | Email/Text: Bankruptcies@nragroup.com | Jun 28 2021 23:27:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14238463 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:45 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14238466 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2021 23:25:00 | Verizon, 500 Technology Drive, Ste 550, Saint Charles, MO 63304-2225 |

Case 16-22023-CMB    Doc 67    Filed 06/30/21    Entered 07/01/21 00:33:29    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 408v | Total Noticed: 22 |
| TOTAL: 6 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of McKees Rocks |
| cr | | Duquesne Light Company |
| cr | | Land Home Financial Services, Inc. |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Sto-Rox School District |
| cr | | U.S. Bank National Association, not in its individ |
| cr | * | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14251354 | * | Borough of McKees Rocks, c/o Jason J. Leininger, Esq., Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Ste 150, Norristown, PA 19401 |
| 14251356 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, Revenue Recovery, PO Box 2318, Columbus, OH 43216 |
| 14251355 | *+ | Christopher A. DeNardo, Esq., 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14251357 | *+ | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 14251358 | *+ | McKees Rocks Dental, 757 Chartiers Ave, Mc Kees Rocks, PA 15136-3622 |
| 14251359 | *+ | National Hospital Collections, 16 Distributor Drive, Ste 2, Morgantown, WV 26501-7209 |
| 14251360 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14251361 | *+ | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14251362 | *+ | Ohio Valley General Hospital, 25 Heckel Road, Mc Kees Rocks, PA 15136-1694 |
| 14251364 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14251363 | *+ | Penn Billing Services, PO Box 988, Harrisburg, PA 17108-0988 |
| 14251365 | *++++ | SERVICE PROTECTION GROUP, PO BOX 494, PORTSMOUTH NH 03802-0494, address filed with court:, Service Protection Group, PO Box 509, Portsmouth, NH 03802 |
| 14251366 | *+ | Vengroff, Williams & Associates, Inc., PO Box 4155, Sarasota, FL 34230-4155 |
| 14251367 | *+ | Verizon, 500 Technology Drive, Ste 550, Saint Charles, MO 63304-2225 |
| 14238457 | ##+ | McKees Rocks Dental, 757 Chartiers Ave, Mc Kees Rocks, PA 15136-3622 |

TOTAL: 6 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com  cnoroski@grblaw.com |

| District/off: 0315-2 | User: dric | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 408v | Total Noticed: 22 |

Jeffrey R. Hunt
    on behalf of Creditor Sto-Rox School District jhunt@grblaw.com  cnoroski@grblaw.com

Kevin Scott Frankel
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC pabk@logs.com, logsecf@logs.com

Lisa Cancanon
    on behalf of Creditor Land Home Financial Services  Inc. lisac@w-legal.com, Llombardi06@law.du.edu

Michael C. Eisen
    on behalf of Debtor Kimberly A. Primorac attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10