**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY A. PRIMORAC<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:16-22023<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

June 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 05/31/2016 and confirmed on 8/11/16 . The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,416.00 |
| Less Refunds to Debtor | 927.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,488.08 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,137.84 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,637.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 6015 | 0.00 | 23,913.36 | 0.00 | 23,913.36 |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 6015 | 8,760.52 | 8,760.52 | 0.00 | 8,760.52 |
|   MCKEES ROCKS BORO - R/E TAX<br>    Acct: G025 | 469.06 | 469.06 | 130.56 | 599.62 |
|   MCKEES ROCKS BORO - R/E TAX<br>    Acct: G025 | 921.63 | 921.63 | 0.00 | 921.63 |
| | | | | 34,195.13 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KIMBERLY A. PRIMORAC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KIMBERLY A. PRIMORAC<br>    Acct: | 348.00 | 348.00 | 0.00 | 0.00 |
|   KIMBERLY A. PRIMORAC<br>    Acct: | 579.92 | 579.92 | 0.00 | 0.00 |
|   M EISEN AND ASSOCIATES PC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL C EISEN ESQ<br>    Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   STO ROCKS SD & MCKEES ROCKS BORO<br>    Acct: 2116 | 347.24 | 347.24 | 0.00 | 347.24 |
|   STO ROCKS SD & MCKEES ROCKS BORO<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 347.24 |
| **Unsecured** | | | | |
|   ALLEGHENY HEALTH NETWORK++<br>    Acct: 4854 | 0.00 | 0.00 | 0.00 | 0.00 |
|   COLUMBIA GAS OF PA INC(*)<br>    Acct: 5172 | 1,501.75 | 1,501.75 | 0.00 | 1,501.75 |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5442 | | | | |
| MCKEES ROCKS DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0027 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0146 | | | | |
| NATIONAL RECOVERY AGENCY GROUP*⁺ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3441 | | | | |
| OHIO VALLEY GENL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3825 | | | | |
| PENN BILLING SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2000 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6580 | | | | |
| SERVICE PROTECTION GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1903 | | | | |
| VENGROFF WILLIAMS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1033 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 491.57 | 491.57 | 0.00 | 491.57 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,314.55 | 1,314.55 | 0.00 | 1,314.55 |
| Acct: 5172 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER A DENARDO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0726 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,307.87 |

TOTAL PAID TO CREDITORS                                                                                      37,850.24

TOTAL CLAIMED
PRIORITY            347.24
SECURED          10,151.21
UNSECURED        3,307.87

Date: 06/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KIMBERLY A. PRIMORAC

        Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:16-22023

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                BY THE COURT:

                                _____
                                U.S. BANKRUPTCY JUDGE

Case 16-22023-CMB   Doc 68   Filed 06/30/21   Entered 07/01/21 00:33:29   Desc Imaged
Certificate of Notice   Page 5 of 7

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Kimberly A. Primorac
    Debtor

Case No. 16-22023-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 3
Date Rcvd: Jun 28, 2021      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Kimberly A. Primorac, 73 Rosamond Street, Mc Kees Rocks, PA 15136-2959 |
| 14251353 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14238453 | | Borough of McKees Rocks, c/o Jason J. Leininger, Esq., Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Ste 150, Norristown, PA 19401 |
| 14266707 | + | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14261702 | + | Borough of McKees Rocks/Sto-Rox SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14238455 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus, OH 43216 |
| 14238454 | + | Christopher A. DeNardo, Esq., 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14238456 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 14997821 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14238460 | + | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14238461 | + | Ohio Valley General Hospital, 25 Heckel Road, Mc Kees Rocks, PA 15136-1694 |
| 14238462 | + | Penn Billing Services, PO Box 988, Harrisburg, PA 17108-0988 |
| 14238464 | ++++ | SERVICE PROTECTION GROUP, PO BOX 494, PORTSMOUTH NH 03802-0494 address filed with court:, Service Protection Group, PO Box 509, Portsmouth, NH 03802 |
| 14276129 | + | U.S. Bank National Association, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 15140105 | | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14238465 | + | Vengroff, Williams & Associates, Inc., PO Box 4155, Sarasota, FL 34230-4155 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14288226 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 28 2021 23:32:11 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14312642 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 28 2021 23:27:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14238458 | + | Email/Text: nhc@nhchome.com | Jun 28 2021 23:26:00 | National Hospital Collections, 16 Distributor Drive, Ste 2, Morgantown, WV 26501-7209 |
| 14238459 | + | Email/Text: Bankruptcies@nragroup.com | Jun 28 2021 23:27:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14238463 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14238466 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2021 23:25:00 | Verizon, 500 Technology Drive, Ste 550, Saint Charles, MO 63304-2225 |

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 22 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of McKees Rocks |
| cr | | Duquesne Light Company |
| cr | | Land Home Financial Services, Inc. |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Sto-Rox School District |
| cr | | U.S. Bank National Association, not in its individ |
| cr | * | U.S. Bank Trust National Association, as Trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14251354 | * | Borough of McKees Rocks, c/o Jason J. Leininger, Esq., Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Ste 150, Norristown, PA 19401 |
| 14251356 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, Revenue Recovery, PO Box 2318, Columbus, OH 43216 |
| 14251355 | *+ | Christopher A. DeNardo, Esq., 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14251357 | *+ | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 14251358 | *+ | McKees Rocks Dental, 757 Chartiers Ave, Mc Kees Rocks, PA 15136-3622 |
| 14251359 | *+ | National Hospital Collections, 16 Distributor Drive, Ste 2, Morgantown, WV 26501-7209 |
| 14251360 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14251361 | *+ | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14251362 | *+ | Ohio Valley General Hospital, 25 Heckel Road, Mc Kees Rocks, PA 15136-1694 |
| 14251364 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14251363 | *+ | Penn Billing Services, PO Box 988, Harrisburg, PA 17108-0988 |
| 14251365 | *++++ | SERVICE PROTECTION GROUP, PO BOX 494, PORTSMOUTH NH 03802-0494, address filed with court:, Service Protection Group, PO Box 509, Portsmouth, NH 03802 |
| 14251366 | *+ | Vengroff, Williams & Associates, Inc., PO Box 4155, Sarasota, FL 34230-4155 |
| 14251367 | *+ | Verizon, 500 Technology Drive, Ste 550, Saint Charles, MO 63304-2225 |
| 14238457 | ##+ | McKees Rocks Dental, 757 Chartiers Ave, Mc Kees Rocks, PA 15136-3622 |

TOTAL: 6 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com |
| James R. Wood | on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com  cnoroski@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 3 of 3 |
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 22 |

Jeffrey R. Hunt
    on behalf of Creditor Sto-Rox School District jhunt@grblaw.com  cnoroski@grblaw.com

Kevin Scott Frankel
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC pabk@logs.com, logsecf@logs.com

Lisa Cancanon
    on behalf of Creditor Land Home Financial Services  Inc. lisac@w-legal.com, Llombardi06@law.du.edu

Michael C. Eisen
    on behalf of Debtor Kimberly A. Primorac attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10